Jose V. FERRER, Petitioner-Appellant,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent-Appellee.

No. 527, Docket 32888.

United States Court of Appeals
Second Circuit.

Argued May 20, 1969.

Decided May 20, 1969.

Timothy P. Walsh, New York City
(Hardin, Hess, Eder & Rashap, New
York City, on the brief), for petitioner-
appellant.

Benjamin M. Parker, Washington, D.
C. (Johnnie M. Walters, Asst. Atty. Gen.,
Lee A. Jackson and Crombie J. D. Gar-
rett, Attys., Department of Justice, on
the brief), for respondent-appellee.

Before LUMBARD, Chief Judge,
FEINBERG, Circuit Judge, and TIM-
BERS, District Judge.*

PER CURIAM:

We affirm in open court the decision
of the Tax Court reported at 50 T.C. No.
19 (1968), which held that Jose V. Fer-
rer was not a bona fide resident of a
foreign country or countries during the

* Sitting by designation.

**1360**

calendar year 1962, as provided by Section 911(a) (1), Internal Revenue Code of 1954, so as to avoid liability for income taxes, and determined a deficiency of $122,840.18 after allowing certain deductions for unreimbursed business expenses and disallowing other such claimed expenses.